GLASER, KUDER & OTTENSOSER, PLAINTIFFS IN ERROR, VS. N. W. HACKETT, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Bradford county.

*J. L. Frazee,* for Plaintiffs in Error.

*W. B. Young,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.

The assignments of error herein being based upon matters not contained in the record proper, and there being no bill of exceptions, the writ of error is dismissed on motion of counsel for defendant in error.